**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-2392

EBRAHIM RADBOD,

              Plaintiff - Appellant,

        v.

GABRIEL ARIAS, Corporal, Howard County Police Department,

              Defendant – Appellee,

        and

HOWARD COUNTY, MARYLAND,

              Defendant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:10-cv-00897-RDB)

Submitted:  April 29, 2013              Decided:  May 17, 2013

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ebrahim Radbod, Appellant Pro Se.   David Reid Moore, HOWARD
COUNTY OFFICE OF LAW, Ellicott City, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ebrahim Radbod appeals the district court's order entering judgment on the jury's verdict in his civil action in favor of defendant Corporal Gabriel Arias. We grant Radbod leave to proceed in forma pauperis ("IFP") on appeal. Although there is no transcript of the jury trial in the record before us, we may authorize the preparation of a transcript at government expense where the litigant proceeds IFP and has shown the existence of a substantial question for appeal. 28 U.S.C. § 753(f) (2006). After reviewing the parties' informal briefs, we conclude that Radbod has not raised a substantial question for appeal. See Ortiz v. Greyhound Corp., 192 F. Supp. 903, 905 (D. Md. 1959) (defining substantial question). Accordingly, we deny his request for a transcript at government expense, see Rhodes v. Corps of Eng'rs of U.S. Army, 589 F.2d 358, 359 (8th Cir. 1978) (per curiam), deny as moot his motion to expedite the decision on his IFP application, and affirm the district court's order entering judgment on the jury's verdict. Radbod v. Arias, No. 1:10-cv-00897-RDB (D. Md. Oct. 11, 2012).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2